STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
KEVIN EDWARD LANG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 12-00607 SBA |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |
| v. | |
| KEVIN EDWARD LANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of June 18, 2013 presently scheduled at 9:30 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for July 16, 2013, at 9:30 a.m., before the Oakland Duty Magistrate, for status.

The requested continuance is necessary because defense counsel is conducting ongoing investigation. Additionally, defense counsel must obtain court records from the state of Washington and this cannot be accomplished before the currently scheduled status conference date.

The parties agree and stipulate that the time until July 16, 2013 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a

CR 12-607 SBA
Stipulation to Continuance and Exclusion of Time

1

speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.

Date: June 17, 2013

/s/
Ellen V. Leonida
Assistant Federal Public Defender
Counsel for defendant KEVIN LANG

Date: June 17, 2013

/s/
BRIAN LEWIS
Assistant United States Attorney

## ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 16, 2013 at 9:30 a.m., before the Oakland Duty Magistrate.  Time is excluded until July 16, 2013 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) .

IT IS SO ORDERED.

 6/14/2013
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE