STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
KEVIN EDWARD LANG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 12-00607 SBA |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [~~PROPOSED~~] ORDER |
| v. | |
| KEVIN EDWARD LANG, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of July 16, 2013 presently scheduled at 9:30 a.m., before the Hon. Kandis Westmore, be vacated and re-set for August 27, 2013, at 9:30 a.m., before the Oakland Duty Magistrate, for status.

The requested continuance is necessary because defense counsel is conducting ongoing investigation. Additionally, defense counsel is in the process of gathering records that are material and necessary, including court records from the state of Washington and voluminous records from California juvenile courts and Child Protective Services. Defense counsel will also be unavailable because she will be engaged in jury trial between July 8-12, 2013, July 22-25, 2013, and August 5-9, 2013.

CR 12-607 SBA
Stipulation to Continuance and Exclusion of Time

1

The parties agree and stipulate that the time until August 27, 2013 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel.

Date: July 10, 2013

/s/
Ellen V. Leonida
Assistant Federal Public Defender
Counsel for defendant KEVIN LANG

Date: July 10, 2013

/s/
BRIAN LEWIS
Assistant United States Attorney

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 27, 2013 at 9:30 a.m., before the Oakland Duty Magistrate. Time is excluded until August 27, 2013 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) .

IT IS SO ORDERED.

7/10/13
Date

HON. KANDIS WESTMORE
UNITED STATES MAGISTRATE JUDGE