STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
KEVIN EDWARD LANG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN EDWARD LANG,<br><br>Defendant. | CR 12-00607 SBA<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of October 29, 2013 presently scheduled at 9:30 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for December 12, 2013, at 9:30 a.m., before the Oakland Duty Magistrate, for status.

The requested continuance is necessary because defense counsel is conducting ongoing investigation. Defense counsel is in the process of gathering records that are material and necessary, including five volumes of records from California juvenile courts and ten additional volumes of materials from Child Protective Services. Because of the large volume of materials, the Juvenile Court is still gathering the materials and has not yet produced them. Once counsel obtains these materials, it will be necessary to review them and to conduct investigation based

thereon. Counsel has already received and reviewed over 300 pages of records from Washington.

The parties agree and stipulate that the time until December 12, 2013 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.

Date: October 23, 2013

/s/
Ellen V. Leonida
Assistant Federal Public Defender
Counsel for defendant KEVIN LANG

Date: October 23, 2013

/s/
BRIAN LEWIS
Assistant United States Attorney

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to December 12, 2013 at 9:30 a.m., before the Oakland Duty Magistrate. Time is excluded until December 12, 2013 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

GRANTED
Judge Donna M. Ryu

October 23, 2013
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE