STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
KEVIN EDWARD LANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-00607 SBA |
| PLAINTIFF, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |
| v. | |
| KEVIN EDWARD LANG, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of February 19, 2014 presently scheduled at 9:30 a.m., before the Hon. Kandis Westmore, be vacated and re-set for March 26, 2014 at 9:30 a.m., before the Oakland Duty Magistrate, for status.

The requested continuance is necessary because defense counsel is conducting ongoing investigation. Defense counsel is in the process of gathering records that are material and necessary, including five volumes of records from California juvenile courts and ten additional volumes of materials from Child Protective Services. Counsel has finally obtained all the

relevant files from both agencies and requires additional time to review them and to conduct investigation based thereon. Counsel has already received and reviewed over 300 pages of records from Washington. Counsel has also previously received five volumes of juvenile court files and is in the process of reviewing them. Counsel was not able to obtain the outstanding volumes until January 21, 2014.

The parties agree and stipulate that the time until March 26, 2014 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel.

DATED: February 13, 2014            /S/
                                    Ellen V. Leonida
                                    Assistant Federal Public Defender
                                    Counsel for Defendant KEVIN LANG


DATED: February 13, 2014            /S/
                                    Brian Lewis
                                    Assistant United States Attorney

CR 12-607 SBA
Stip. to Cont. & Exclusion of Time; [Proposed] Order

2

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March 26, 2014 at 9:30 a.m., before the Oakland Duty Magistrate. Time is excluded until March 26, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 2/13/14

HON. KANDIS WESTMORE
United States Magistrate Judge

CR 12-607 SBA
Stip. to Cont. & Exclusion of Time; [Proposed] Order

3