STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
KEVIN EDWARD LANG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>KEVIN EDWARD LANG,<br><br>DEFENDANT. | CR 12-00607 SBA<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of May 14, 2014 presently scheduled at 9:30 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for July 11, 2014 at 9:30 a.m., before the Oakland Duty Magistrate, for status.

The requested continuance is necessary because defense counsel is conducting ongoing investigation.  Defense counsel has obtained records that are material and necessary to the defense, including five volumes of records from California juvenile courts, ten additional volumes of materials from Child Protective Services, and over 300 pages of records from

CR 12-607 SBA
Stip. to Cont. & Exclusion of Time; [Proposed] Order

1

Washington. Counsel is still in the process of reviewing the records. Once the review is completed, follow-investigation will be necessary. Additionally, defense counsel will be attending training out of state on the following dates: May 16, 2014; May 27 – 30, 2014; and June 9 – 13, 2014.

The parties agree and stipulate that the time until July 11, 2014 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel.

DATED: May 12, 2014                    /S/
                                       Ellen V. Leonida
                                       Assistant Federal Public Defender
                                       Counsel for Defendant KEVIN LANG

DATED: May 12, 2014                    /S/
                                       Brian Lewis
                                       Assistant United States Attorney

CR 12-607 SBA
Stip. to Cont. & Exclusion of Time; [Proposed] Order

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 11, 2014 at 9:30 a.m., before the Oakland Duty Magistrate. Time is excluded until July 11, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).  No further continuances will be granted.

IT IS SO ORDERED.

DATED: __5/13/14_____        _____
                                  HON. DONNA M. RYU
                                  United States Magistrate Judge

CR 12-607 SBA
Stip. to Cont. & Exclusion of Time; [Proposed] Order

3