MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-0607 SBA |
| Plaintiff, | |
| v. | **ORDER** |
| KEVIN EDWARD LANG, | |
| Defendant. | |

For good cause shown, the United States's motion for leave to file the additional declaration of Claudia Lil-Delgado is GRANTED.

IT IS SO ORDERED.

DATED: October 6, 2014

SAUNDRA BROWN ARMSTRONG
United States District Judge

U.S. MOT. FOR LEAVE TO FILE ADD'L EXHIBIT
CR 12-0607 SBA                       3