1  STEVEN G. KALAR
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5  Email: ellen_leonida@fd.org

6  Counsel for Defendant
   KEVIN EDWARD LANG

7

8           IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                      OAKLAND DIVISION

10 UNITED STATES OF AMERICA,            CR 12-607 SBA

11         PLAINTIFF,                   **ORDER GRANTING LEAVE TO FILE REPLY BRIEF THAT EXCEEDS PAGE LIMIT**
12         v.

13 KEVIN EDWARD LANG,

14         DEFENDANT.

15     For good cause shown, the Court GRANTS defendant's motion for leave to file a reply

16 brief that exceeds the applicable page limit in Civil L.R. 7-3(c).

17     IT IS SO ORDERED.

18 Date: October 6, 2014

19

20                                      _____
                                        SAUNDRA BROWN ARMSTRONG
21                                      United States District Judge

22

23

24

25 CR 12-607 SBA
   Order re: Def. Mot. to File Oversize Brief
                          1