STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
KEVIN EDWARD LANG

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF, <br><br> v. <br><br> KEVIN EDWARD LANG, <br><br> DEFENDANT. | CR 12-00607 SBA <br><br> ORDER FOR CONTINUANCE OF STATUS HEARING AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. §§ 3161(H)(1)(D), 3161(H)(7)(A) & 3161(H)(7)(B)(IV) |

## ORDER

GOOD CAUSE HAVING BEEN SHOWN in the stipulation of the parties above, the court hereby orders that the motion hearing set for December 10, 2014 at 10:00 a.m., before the Hon. Saundra Brown Armstrong, be vacated and reset for January 14, 2015 at 10:00 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between December 10, 2014 and January 14, 2015 would unreasonably deny Mr. Lang continuity of counsel. Additionally, time is excluded for consideration of Mr. Lang's pre-trial motion.  18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A), and

CR 12-607 SBA
[Proposed] Order

1

3161(h)(7)(B)(iv).  The court further finds that the ends of justice served by the granting of the continuance from December 10, 2014 to January 14, 2015 outweigh the best interests of the public and the defendant in a speedy and public trial.

Based on these findings, IT IS HEREBY ORDERED that the time between December 10, 2014 and January 14, 2015 be excluded under the speedy trial act, 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: December 2, 2014

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

CR 12-607 SBA
[Proposed] Order

2