```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    DAVID R. CALLAWAY (CABN 121782)
 3  Chief, Criminal Division

 4  BRIAN C. LEWIS (DCBN 476851)
    Assistant United States Attorney
 5
          1301 Clay Street, Suite 340S
 6        Oakland, California 94612
          Telephone: (510) 637-3680
 7        Facsimile:  (510) 637-3724
          Email: brian.lewis@usdoj.gov
 8
    Attorneys for United States of America
 9
```

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13

| UNITED STATES OF AMERICA, | ) | NO. CR-12-00607 SBA |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF DISMISSAL** |
| v. | ) | |
| KEVIN LANG, | ) | |
| Defendant. | ) | |

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States dismisses the Indictment in the above-captioned case.

21  DATED: April 7, 2015                              Respectfully submitted,

22                                                   MELINDA HAAG
                                                     United States Attorney
23

24

25                                                   _____/s/_____
                                                     BRIAN C. LEWIS
26                                                   Assistant United States Attorney

27  //

28  //

NOTICE OF DISMISSAL AND [PROPOSED] ORDER
CR 12-00607 SBA                                    1

# ~~[PROPOSED]~~ ORDER

Leave is granted to the United States to dismiss the Indictment. It is further ordered that any proceedings in this case are vacated.

Date: 04/08/2015

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States Senior District Judge